1  LAW OFFICES OF LESLIE G. MCMURRAY
   Leslie G. McMurray, S.B. No. 156263
2  Magnolia Professional Building
   12520 Magnolia Blvd., Suite 206
3  Valley Village, California 91607
   Telephone: (818) 505-9902
4  Facsimile:  (818) 505-1366

5  Attorneys for Plaintiff and Counter-defendant
   THE BNSF RAILWAY COMPANY
6

FILED

FEB 2 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

7

8                UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11 | THE BNSF RAILWAY COMPANY,        ) 1:06-CV-01101-AWI- NEW (TAG)
   | a Corporation,                    )
12 |                                   )
   |            Plaintiff,             ) [ASSIGNED TO THE HONORABLE
13 |                                   ) ANTHONY W. ISHII]
   | v.                                )
14 |                                   )
   |                                   ) STIPULATION FOR DISMISSAL OF
15 | WALLACE TRANSPORT; and Roes      ) COMPLAINT AND COUNTER-
   | 1-5, inclusive,                   ) CLAIMS WITH PREJUDICE AND
16 |                                   ) [PROPOSED] ORDER THEREON
   |            Defendants             )
17 |                                   )
   |                                   ) TRIAL DATE: NONE
18 |                                   )
   |                                   )
19 | And related counter-claim.        )
   |_____)
20

21

22
   TO THE HONORABLE JUDGE ANTHONY W. ISHII, TO ALL PARTIES AND
23
   THEIR COUNSEL OF RECORD:
24
        WHEREAS plaintiff and counter-defendant THE BNSF RAILWAY
25
   COMPANY ("BNSF") and defendant and counter-claimant WALLACE
26
   TRANSPORT ("WALLACE") have reached a confidential settlement agreement in
27
   the above referenced case, which has been reduced to a writing;
28

1  WHEREAS the settlement draft in question has been transmitted and has
2  funded;
3  NW THEREFORE the parties stipulate that BNSF shall dismiss with
4  prejudice its complaint against WALLACE herein in its entirety and WALLACE
5  shall dismiss with prejudice is counter-claim against BNSF herein in its entirety
6  with both parties bearing their own costs and attorneys fees.
7  IT IS SO STIPULATED.

8  Dated: February 28, 2007          LAW OFFICES OF
                                      LESLIE G. MCMURRAY
9
10                                    _____
                                      Leslie G. McMurray
11                                    Counsel for Plaintiff and Counter-
                                      defendant THE BNSF RAILWAY
                                      COMPANY
12
   Dated: February 26, 2007           MASON, ROBBINS, BROWNING
13                                    & GODWIN
14                                    _____
                                      Corbett J. Browning
15                                    Counsel for Defendant and Counter-
                                      claimant WALLACE TRANSPORT,
16                                    INC.

17                           [PROPOSED] ORDER
18

19  WHEREAS the honorable Court, having reviewed the above stipulation of
20  counsel for the parties to this action and good cause appearing therefore, issues the
21  following Order. The Complaint and Counter-claim in this case are hereby
22  dismissed in their entirety with prejudice. Each party is to bear its own attorney
23  fees and costs herein. The Clerk of the Court shall enter dismissal forthwith.

24  **IT IS SO ORDERED.**

25
    Dated: February 27, 2007          _____
26                                    HONORABLE ANTHONY W. ISHII
                                      United States District Court - Eastern
27                                    District of California - Fresno
28

2

## DECLARATION OF MAILING

I, Leslie G. McMurray, declare:

I am, and was at the time of service hereinafter mentioned, over the age of 18 years and not a party to the within action. My business address is 12520 Magnolia Blvd., Suite 206, Valley Village, California 91607, and I am employed in the County of Los Angeles, California.

On February 27, 2007, I served the document(s) described as follows: STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTER-CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER THEREON by placing a true copy of the document(s) for collection and deposit in the United States mail at 12520 Magnolia Blvd., Suite 206, Valley Village, California 91607, in a sealed envelope, with postage thereon fully prepaid, on the interested parties as stated as follows:

Corbett J. Browning, Jr., Esq.
Mason, Robbins, Browning & Godwin
700 Loughborough Drive, Suite "D"
Post Office Box 2067
Merced, California 95344-0067
(209) 383-9334

Counsel for Wallace Transport, Inc.

At the time of service, there was regular delivery of United States mail between the place of deposit and the place of address. I am familiar with the practice of The Law Offices of Leslie G. McMurray for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned document(s) would have been deposited with the United States Postal Service on February 27, 2007, on the same day on which it was placed with The Law Offices of Leslie G. McMurray for deposit. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 27, 2007, at Valley Village California, California.

Leslie G. McMurray

3